### GILBERT agt. OBISON

John Gilbert plaint. ag<sup>t</sup> William Obison Defend<sup>t</sup> in an action of
the case for detaining his dwelling house & tan yard & barn & the
rest of his pitts with all due damages according to attachm<sup>t</sup> dat<sup>d</sup>
9. October. 1676. . . . The Jury . . . found for the plaint. that the
s<sup>d</sup> Obison shall give the plaint. quiet possession of his house barn &
pitts within Forty dayes or pay Sixty pounds mony & costs of Court
allow<sup>d</sup> Fifteen Shillings.

[ See previous case.]